AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| RAYMOND PICKETT,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| | )   **JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. ASTRUE,<br>*Commissioner of the Social<br>Security Administration,*<br>    Defendant. | )   **CASE NO. 7:09-CV-87-D**<br>)<br>)<br>)<br>) |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that the court adopts the Memorandum and Recommendations [D.E. 33]. Plaintiff's motion for judgment on the pleadings [D.E.20] is DENIED, defendant's motion for judgment on the pleadings [D.E. 26] is GRANTED, and defendant's final decision is AFFIRMED. The Clerk of Court is directed to close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **AUGUST 5, 2010** WITH A COPY TO:

Barbara von Euler (via CM/ECF Notice of Electronic Filing)

Kathleen C. Buckner (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| August 5, 2010 | DENNIS P. IAVARONE, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |